# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

KADYRZHAN ABDRASULOV,   )
    )
    Petitioner,   )
    )
v.   )
    )
    )   **Case No. CIV-26-649-SLP**
    )
WARDEN CIMARRON   )
CORRECTIONAL FACILITY,   )
ET AL.,   )
    )
    Respondents.   )

## ORDER

Respondents state Petitioner was scheduled for a bond hearing on April 17, 2026. Doc. 7, at 2. To properly assess the habeas petition, the Court requires further information. The Court orders Respondents to provide the Court with the Immigration Judge's bond decision and any transcripts or other materials related to the proceeding **by May 21, 2026**.

**SO ORDERED** this 13th day of May, 2026.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE