## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KADYRZHAN ABDRASULOV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-649-SLP |
| | ) | |
| WARDEN OF CIMARRON | ) | |
| CORRECTIONAL FACILITY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## <u>ORDER</u>

Upon review of information relating to Petitioner's immigration proceedings, it appears that Petitioner's immigration proceedings may have concluded and his Petition may be subject to dismissal.[1]

IT IS THEREFORE ORDERED that within three (3) business days of this Order, or by July 6, 2026, Respondents shall submit a notice as to the status of Petitioner's immigration proceedings.

IT IS SO ORDERED this 30th day of June, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] It appears that a hearing in Petitioner's immigration matter occurred on June 25, 2026, and no future hearings appear to be scheduled. *See* Automated Case Information, UNITED STATES EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, https://acis.eoir.justice.gov/en/caseInformation (last visited June 30, 2026).