## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

KADYRZHAN ABDRASULOV,  )
          )
  Petitioner,    )
          )
v.         ) Case No. CIV-26-649-SLP
          )
WARDEN OF CIMARRON,   )
CORRECTIONAL FACILITY, et al., )
          )
  Respondents.   )

## JUDGMENT

Pursuant to the Court's Order entered this same date, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is GRANTED IN PART.  In accordance with the Order, Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

ENTERED this 10th day of August, 2026.

_____
SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE